UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN CLOHERTY, et al.,<br><br>    Defendants. | Case No. 25-cv-07608-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS**<br><br>Re: Dkt. Nos. 6, 8 |

On September 9, 2025, Magistrate Judge Laurel Beeler issued a Report and Recommendation recommending that this case be remanded to the San Mateo County Superior Court. Dkt. No. 6. Objections to Judge Beeler's recommendation were due by September 23, 2025. Fed. R. Civ. P. 72(b); Civil L. R. 72-3. As of today's date, no objections have been filed. Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge Beeler's Report and Recommendation in full. This case is REMANDED to San Mateo County Superior Court for lack of jurisdiction. The Motion to Remand filed by plaintiff at Dkt. No. 8 is mooted by this Order.

**IT IS SO ORDERED.**

Dated: October 3, 2025

William H. Orrick
United States District Judge